| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW M. YELOVICH<br>ROGER YANG |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

FILED
APR 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
|---|---|
| 6501 14th Street, Rio Linda, CA | 2:18-SW-0276 EFB, |
| 2429 Yreka Ave., Sacramento, CA | 2:18-SW-0277 EFB, |
| 7471 53rd Ave., Sacramento, CA | 2:18-SW-0278 EFB, |
| 9217 Silverdale Ct., Sacramento, CA | 2:18-SW-0279 EFB, |
| 1240 E St., Rio Linda, CA and | 2:18-SW-0314 EFB, |
| The person of Heidi Phong | 2:18-SW-1279 AC |
| Vehicle VIN 5FNRL5H91GB156249 | 2:18-SW-1280 AC |
| 5725 Aspen Grove Ln., Elk Grove, CA | 2:18-SW-1281 AC |

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

Upon application of the United States of America and good cause having been shown,

///

///

///

///

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS     1

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/24/2019

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE